IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XIANWEN LIU<br>    *Plaintiff*,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br>    *Defendant*. | No.  24-cv-11715 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant President and Fellows of Harvard College[1] ("Harvard") removes the civil action that *pro se* Plaintiff Xianwen Liu ("Liu") has filed in state court, *Xianwen Liu v. Harvard University Press*, No. 2452CV0244 (Cambridge District Court), to this Court.

As grounds for removal, Harvard states as follows:

1.	On May 15, 2024, Liu filed a civil action against "Harvard University Press" in the Cambridge District Court ("the State Case"), alleging violations of the First and Fourteenth Amendments to the U.S. Constitution. *See* Complaint, attached as Exhibit A.

2.	Removal of the State Case is proper because, pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction: according to the allegations in Liu's complaint, Harvard violated his rights under the First and Fourteenth Amendments. *See* Cmpl. at 1 & 3 ¶ 12. To the

---

[1] "President and Fellows of Harvard College" is the proper name of the legal entity comprising Harvard University and its constituents, including Harvard University Press, the defendant named in the Complaint.

1

extent the Complaint may be read to assert any state law claims, this Court would have supplemental jurisdiction over such claims under 28 U.S.C. § 1367.[2]

3. Removal of the State Case is timely because Liu served the summons and complaint on Harvard on June 13, 2024. *See* Summons, attached as Exhibit B.

4. Harvard will promptly file a copy of this Notice of Removal with the Clerk of the Cambridge District Court. Pursuant to 28 U.S.C. § 1446(d), that filing will automatically cause the removal of the State Case to this Court, in its entirety and for all future proceedings.

    Respectfully submitted,

    **PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

    By its attorneys,

    */s/ William W. Fick*
    Daniel N. Marx (BBO#674523)
    William Fick (BBO #650562)
    Amy Barsky (BBO #601111)
    FICK & MARX LLP
    24 Federal Street, 4th Floor
    Boston, MA  02110
    (857) 321-8360
    *wfick@fickmarx.com*
    *dmarx@fickmarx.com*
    *abarsky@fickmarx.com*

Dated: July 3, 2024

---

[2] The Complaint asserts, "That Grave Error could have been deemed as a libel or a defamation to Mr. Deng Xiaoping," but otherwise makes no reference to any putative claim under state law and Plaintiff does not actually purport to bring state common law claims on the late Deng Xiaoping's behalf. Cmpl. ¶ 7.

## Certificate of Service

I, William Fick, as counsel to Defendant President and Fellows of Harvard College, certify that on July 3, 2024, I caused the foregoing document to be served be email and prepaid U.S. Mail upon *pro se* plaintiff as follows:

Xianwen Liu
5 Concord Ave. #5
Cambridge, MA 02138
ltrjefferson@hotmail.com

                                        /s/ William W. Fick